United States District Court
Southern District of Texas
**ENTERED**
July 25, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| RAMON MARTINEZ RODRIGUEZ, § § Plaintiff, § VS. § GARZA WEST, § § Defendant. § § § § § | CIVIL ACTION NO. 2:19-CV-00086 |

## MEMORANDUM AND RECOMMENDATION

Plaintiff Ramon Martinez Rodriguez, currently confined at the Garza West Unit in Beeville, Texas, has filed this *pro se* civil rights complaint (D.E. 1) and a motion/application to proceed *in forma pauperis* (D.E. 2). In a Notice of Deficient Pleading mailed on April 26, 2019, Rodriguez was notified that he must submit a certified copy of his trust fund account statement (or institutional equivalent) for a 6-month period immediately preceding the filing of the complaint. (D.E. 6, 9). Rodriguez was warned that failure to comply with the Notice of Deficient Pleading in a timely manner may result in his case being dismissed for want of prosecution.

Having received no response from Rodriguez, the undersigned issued an order to show cause on June 17, 2019, ordering him to show cause within 20 days why his lawsuit should not be dismissed for want of prosecution. (D.E. 10 at 1-2). Rodriguez was warned that failure to comply with the order would result in the dismissal of his lawsuit under Federal Rule of Civil Procedure 41. (*Id.* at 1). On July 1, 2019, the mail returned

the order sent to Rodriguez as undeliverable, and it was re-sent to the last address Rodriguez provided. (D.E. 11). Rodriguez has not responded.

Over 20 days have passed since the undersigned issued the order to show cause. Moreover, over 20 days have passed since the order was re-sent to Rodriguez's last known address. Rodriguez has not responded in any way. Under Rule 41(b), a district court may dismiss an action *sua sponte* if the plaintiff fails to comply with a court order. *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440 (5th Cir. 2016); Fed. R. Civ. P. 41(b). Accordingly, it is recommended that his complaint be dismissed without prejudice for want of prosecution under Fed. R. Civ. P. 41(b).

Respectfully submitted this 25th day of July, 2019.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

## NOTICE TO PARTIES

The Clerk will file this Memorandum and Recommendation and transmit a copy to each party or counsel. Within FOURTEEN (14) DAYS after being served with a copy of the Memorandum and Recommendation, a party may file with the Clerk and serve on the United States Magistrate Judge and all parties, written objections, pursuant to Fed. R. Civ. P. 72(b), 28 U.S.C. § 636(b)(1), General Order No. 2002-13, United States District Court for the Southern District of Texas.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within FOURTEEN (14) DAYS after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415 (5th Cir. 1996) (*en banc*).