# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| RAMON MARTINEZ RODRIGUEZ, § <br> § <br> Plaintiff, § <br> VS. § <br> § <br> GARZA WEST, § <br> § <br> Defendant. § | CIVIL NO. 2:19-CV-86 |

## ORDER

The Court is in receipt of the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 12. Plaintiff Ramon Martinez Rodriguez ("Rodriguez") has not filed objections to the M&R. The M&R recommends dismissing Rodriguez's complaint without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). *Id.* Attempts to contact Rodriguez were either returned undeliverable, Dkt. Nos. 13, 14, 15, or not given a response, Dkt. No. 19.

After an independent review of the record, the filings, and the relevant law, the Court **ADOPTS** the M&R in its entirety, Dkt. No. 12. The Court **DISMISSES** Rodriguez's complaint, Dkt. No. 1, without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Final judgment will enter separately.

SIGNED this 27th day of March, 2020.

_____
Hilda Tagle
Senior United States District Judge